August 23, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

JUAN ROMERO, Appellant

NO. 14-16-00437-CV                     V.

THOMAS J.  BARKEI, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on May 24, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Juan Romero.

We further order this decision certified below for observance.